CITY OF NEW ROCHELLE, Respondent, *v.* ALICE S. STEVENS, as Administratrix of the Estate of CHARLES G. BANKS, Deceased, Appellant.

Submitted November 27, 1950; decided November 30, 1950.

*Morgan H. Seacord* for motion.

*Aaron Simmons, Corporation Counsel (Francis S. Claps* of counsel), opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the papers were not filed within the time fixed by subdivision 3 of section 592 of the Civil Practice Act. [See 300 N. Y. 754.]